IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KIMBERLY GREGORACE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:11-cv-00411-TSB<br>) Judge: Timothy S. Black |
| THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant The Prudential Insurance Company of America's Motion to Manually File Videotaped Statement. The Court, being duly advised, and for good cause shown, hereby GRANTS Defendant's motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant is permitted to manually file Plaintiff's videotaped statement, which is part of the administrative record.

IT IS SO ORDERED.

_Timothy S. Black_
UNITED STATES DISTRICT JUDGE